```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOONEY, MOONEY & MOONEY,           :
                                    :
                    Plaintiff,      :
                                    :      06 Civ. 15500 (RMB)
           - against -              :
                                    :      ORDER
NOGA D'IMPORTATION ET               :
D'EXPORTATION S.A.,                 :
                                    :
                    Defendant.      :
------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/09

      Based upon Plaintiff's letter, dated August 29, 2008, indicating that "[i]f no appeal is taken, we will discontinue our action with the defendant," and upon Plaintiff's letter, dated October 6, 2009, indicating that a "decision has been handed down, denying the appeal," it is hereby

      **ORDERED**, that conference scheduled for October 8, 2009 is vacated; and it is further

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiffs or Defendants may apply, on or before November 9, 2009 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED.**

Dated: New York, New York
       October 6, 2009

                                                        _/s/ RMB_____
                                                        Richard M. Berman, U.S.D.J.